**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

**Edward W. Goldstein** (Appearing *pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (Appearing *pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Fax 713.877.1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY ODOM,** an Oregon resident,<br><br>Plaintiff,<br><br>vs.<br>**AUTODESK, INC.,** a Delaware corporation,<br><br>Defendant. | No. 09-236-MO<br><br>**PLAINTIFF GARY ODOM'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to L.R. 7.1, the Parties have conferred and Autodesk has not yet responded as to whether it will oppose this Motion.

Plaintiff Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Gary Odom ("Odom") files this Motion for Leave to File Plaintiff's First Amended Complaint.  Odom seeks to file this Amended Complaint at this early stage in the litigation to assert infringement by

1 – PLAINTIFF GARY ODOM'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT

Autodesk of additional claims of U.S. Patent No. 7,363,592 B1 ("the '592 patent"). Plaintiff also asserts infringement by additional Autodesk products which have recently been released, including willful infringement of the same.

This Motion is supported by the Memorandum filed herewith.

Respectfully submitted,

Dated: August 21, 2009

/s/ Edward W. Goldstein
Edward W. Goldstein (*pro hac vice*)
Corby R. Vowell (*pro hac vice*)
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop south, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737

Johnathan E. Mansfield, OSB #05539
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Tel:  503-222-9981
Fax:  503-796-2900

Attorneys for Plaintiff Gary Odom

## CERTIFICATE OF SERVICE

      I certify that on August 21, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by electronic transmission and/or U.S. mail.

                                              <u>/s/ Edward W. Goldstein</u>
                                                 Edward W. Goldstein