**Michael E. Farnell**, OSB #92299
E-Mail: mfarnell@pfglaw.com
**Emily M. Nazarov**, OSB #993231
E-Mail: enazarov@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979

**Joel M. Freed**, admitted *pro hac vice*
E-Mail: jfreed@mwe.com
**Steven K. Shahida**, admitted *pro hac vice*
E-Mail: sshahida@mwe.com
McDERMOTT WILL & EMERY, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8080/8376
Fax: (202) 756-8087
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM, an Oregon resident | Case No.: CV 09-236-MO |
| Plaintiff, | |
| v. | DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIM, AND DEMAND FOR JURY TRIAL |
| AUTODESK, INC., a Delaware corporation; | |
| Defendant. | |

Defendant Autodesk, Inc. ("Autodesk"), through its undersigned counsel, responds to the

Plaintiff's First Amended Complaint for Patent Infringement filed by Gary Odom, ("Odom") as

follows:

## NATURE OF THE ACTION

Autodesk admits that Odom has brought this action against Autodesk under Title 35, United States Code.

## JURISDICTION AND VENUE

1.     Autodesk denies the applicability of 28 U.S.C. 1337, but otherwise admits the allegations of paragraph 1 of the First Amended Complaint.

2.     Autodesk denies committing acts of infringement in this District or elsewhere, but otherwise admits the venue allegations of paragraph 2 of the First Amended Complaint.

## PARTIES

3.     Autodesk acknowledges that Odom purports to allege all facts, except those concerning Odom, on information and belief.

4.     On information and belief, Autodesk admits the allegations in paragraph 4 of the First Amended Complaint.

5.     Autodesk has insufficient information on the allegations in paragraph 5 of the First Amended Complaint, and therefore denies the same, leaving Odom to his proofs.

6.     Autodesk admits the allegations in paragraph 6 of the First Amended Complaint.

## ALLEGED INFRINGEMENT OF U.S. PATENT NO. 7,363,592

7.     Autodesk admits the issuance, issue date, and title of the '592 patent, and admits that a copy is attached to the First Amended Complaint as Exhibit A; but Autodesk has insufficient information on the remaining allegations in paragraph 7 of the First Amended Complaint, and therefore denies the same, leaving Odom to his proofs.

8.     Autodesk denies the allegations in paragraph 8 of the First Amended Complaint.

9.     Autodesk denies the allegations in paragraph 9 of the First Amended Complaint.

10.     Autodesk acknowledges that paragraph 10 of the First Amended Complaint purports to set forth a legal conclusion which Autodesk maintains does not require answer; but to the extent it seeks one, Autodesk denies the legal conclusion in paragraph 10 of the First Amended Complaint.

11.     Autodesk admits introduction of additional products since the original filing of this action by Odom but otherwise denies the allegation of paragraph 11 of the First Amended Complaint.

## ODOM'S JURY DEMAND

12.     Autodesk acknowledges Odom's request for a trial by jury in paragraph 12 of the First Amended Complaint.

## ODOM'S PRAYER FOR RELIEF

13.     Autodesk acknowledges Odom's prayer for relief and denies Odom is entitled to the relief requested or any other relief.

## AUTODESK'S AFFIRMATIVE AND OTHER DEFENSES

Reserving the right to assert additional defenses as may be warranted, including but not limited to defenses related to validity or enforceability, and without accepting burden of proof on any matter where the burden is Odom's, Autodesk asserts the following:

14.     Autodesk has not literally, equivalently, directly, or indirectly infringed the '592 patent.

15.     The '592 patent claims are invalid in light of one or more of the requirements and conditions in Title 35 of the United States Code, including, without limitation, those in §§ 101,102,103, and/or 112.

16.     Odom does not meet requirements for exceptional case status or attorney fees.

Page 3 – DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIM, AND DEMAND FOR JURY TRIAL

17. Odom does not meet requirements for injunctive relief.

18. Odom has no good faith basis to assert infringement, willful or otherwise, by Autodesk.

19. To the extent accused products have been used or manufactured by or for the United States, Odom is barred by 28 U.S.C. § 1498(a) from relief.

## COUNTERCLAIM

### (Declaratory Judgment)

For its Counterclaim, Autodesk alleges the following.

20. Autodesk restates paragraphs 1-19 above as though fully set forth here.

21. This is a counterclaim for a declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*. and under the United States Patent Act, 35 U.S.C. § 1, *et seq*. that Autodesk does not infringe any enforceable claim of the '592 patent and that the claims of the '592 patent are invalid.

22. Based on Odom's assertions of infringement, an actual and justiciable controversy exists between Odom and Autodesk regarding infringement and validity of the '592 patent.

23. Jurisdiction over this counterclaim is based on 28 U.S.C. § 1331 and § 1338(a), and venue is proper based on 28 U.S.C. § 1391(b) and § 1400(a).

## DEMAND FOR JURY TRIAL

Under Rule 38 of the Federal Rules of Civil Procedure, Autodesk demands a trial by jury on all issues so triable in this action.

## AUTODESK'S REQUEST FOR RELIEF

**WHEREFORE**, Autodesk prays:

Page 4 – DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, COUNTERCLAIM, AND DEMAND FOR JURY TRIAL

      A.     That the Court dismiss Odom's First Amended Complaint and deny Odom any relief;

      B.     That the Court declare that Autodesk has not infringed the '592 patent;

      C.     That the Court declare the '592 patent invalid;

      D.     That the Court declare this to be an exceptional case and award Autodesk its attorney fees, expense and costs.

      D.     That Autodesk be accorded such other and further relief deemed just and proper.


DATED this 18th day of September, 2009.

                     PARSONS FARNELL & GREIN, LLP
                     **Michael E. Farnell**, OSB #92299
                     E-Mail: mfarnell@pfglaw.com
                     **Emily M. Nazarov**, OSB #993231
                     E-Mail: enazarov@pfglaw.com
                     Telephone: (503) 222-1812
                     Facsimile: (503) 274-7979

             and

                     McDERMOTT WILL & EMERY, LLP
            By:  /s/ Joel M. Freed
                     **Joel M. Freed**, admitted *pro hac vice*
                     E-Mail: jfreed@mwe.com
                     **Steven K. Shahida**, admitted *pro hac vice*
                     E-Mail: sshahida@mwe.com
                     Telephone: (202) 756-8080/8376
                     Fax: (202) 756-8087

## CERTIFICATE OF SERVICE

I certify that on September 18, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By:  /s/ Joel M. Freed_____

**Joel M. Freed**