**Michael E. Farnell**, OSB #92299
E-Mail: mfarnell@pfglaw.com
**Emily M. Nazarov**, OSB #993231
E-Mail: enazarov@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979

**Joel M. Freed**, admitted *pro hac vice*
E-Mail: jfreed@mwe.com
**Steven K. Shahida**, admitted *pro hac vice*
E-Mail: sshahida@mwe.com
McDERMOTT WILL & EMERY, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8080/8376
Fax: (202) 756-8087
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM, an Oregon resident | Case No.: CV 09-236-MO |
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO DISMISS ITS COUNTERCLAIMS WITHOUT PREJUDICE |
| AUTODESK, INC., a Delaware corporation; | |
| Defendant. | |

On March 12, 2010, the Court entered an Order dismissing the plaintiff's complaint without prejudice. At the Court's request and instruction, defendant Autodesk, Inc., reiterates that it does not intend to pursue its counterclaims separately in light of the Court's Order. As such, Autodesk moves to dismiss its counterclaims on the same terms under which the Court dismissed plaintiff's claims, *i.e.* without prejudice and with the same applicable conditions, if any.

Respectfully Submitted on this 13th day of April, 2010

    PARSONS FARNELL & GREIN, LLP
    **Michael E. Farnell**, OSB #92299
    E-Mail: mfarnell@pfglaw.com
    **Emily M. Nazarov**, OSB #993231
    E-Mail: enazarov@pfglaw.com
    Telephone: (503) 222-1812
    Facsimile: (503) 274-7979

and

    McDERMOTT WILL & EMERY, LLP

    By: ____/s/ Stephen K. Shahida
    **Joel M. Freed**, admitted *pro hac vice*
    E-Mail: jfreed@mwe.com
    **Steven K. Shahida**, admitted *pro hac vice*
    E-Mail: sshahida@mwe.com
    Telephone: (202) 756-8080/8376
    Fax: (202) 756-8087

WDC99 1858656-1.049658.0043

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 13, 2010.

                                          By: _____/s/ Stephen K. Shahida___
                                          **Joel M. Freed**, admitted *pro hac vice*
                                          E-Mail: jfreed@mwe.com
                                          **Stephen K. Shahida**, admitted *pro hac vice*
                                          E-Mail: sshahida@mwe.com
                                          Telephone: (202) 756-8080/8376
                                          Fax: (202) 756-8087
                                          McDERMOTT WILL & EMERY, LLP